UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEAN L. WEST,

    Plaintiff,

v.                                CASE NO.: 8:11-cv-2610-T-23TGW

JANET MAKINEN and JOHN
MAKINEN,

    Defendants.
                                        /

**ORDER**

A report (Doc. 4) on the plaintiff's motion (Doc. 2) to proceed *in forma pauperis* succinctly explains why the complaint fails to state a claim:

> The plaintiff's complaint is a rambling, disjointed document that does not comply with the Federal Rules of Civil Procedure. It does not contain a short plain statement of the claim, or adequately identify the legal bases for the lawsuit and this court's jurisdiction, much less delineate the alleged causes of action into counts with the pertinent facts supporting each claim. See Rules 8(a), 10(b), F.R.Civ.P. Thus, as best as can be discerned, the plaintiff alleges trademark infringement, and possibly state law claims, such as defamation. None of his claims is set forth in counts, identifies the governing law, or sets forth the pertinent facts comprising the essential elements of any claim for relief. Moreover, the plaintiff seeks relief that is not available in this court, such as a "Civil Stalking Protective Order."

(Doc. 4 at 2-3) The report recommends dismissal of the complaint without prejudice.

The plaintiff submits no objection.  The report and recommendation (Doc. 4) is **ADOPTED**, and the complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The plaintiff may submit an amended complaint by **January 6, 2012**.

ORDERED in Tampa, Florida, on December 22, 2011.

*Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE